IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA A. REYNOLDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 14-0235-CG-B |
| | ) |
| MEGAN BRENNAN, | ) |
| United States Postmaster General, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 14, 2015, is **ADOPTED** as the opinion of this Court. The Defendant's Motion to Dismiss (Doc. 19) is **DENIED** and the Defendant's Alternative Motion for a More Definite Statement (Doc. 19) is **GRANTED**.

**DONE and ORDERED** this the 29th day of July, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE