IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA A. REYNOLDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0235-CG-N |
| | ) |
| MEGAN BRENNAN,[1] | ) |
| United States Postmaster General | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated February 1, 2016, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 25th day of February, 2016.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff sued Patrick Donahoe, the Postmaster General, in his official capacity in May 2014. Doc. 1. Megan Brennan was installed as the Postmaster General by the U.S. Postal Service Board of Governors effective February 1, 2015.