IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  | |
|---|---|---|---|
| PATRICIA A. REYNOLDS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | CIVIL ACTION NO. 14-0235-CG-N | |
| | ) | | |
| MEGAN BRENNAN,[1] | ) | | |
| United States Postmaster General | ) | | |
| | ) | | |
| Defendant. | ) | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Dismiss (Doc. 30) be **GRANTED**, and as such this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this 25th day of February, 2016.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff sued Patrick Donahoe, the Postmaster General, in his official capacity in May 2014. Doc. 1. Megan Brennan was installed as the Postmaster General by the U.S. Postal Service Board of Governors effective February 1, 2015.